**Order entered July 8, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00811-CR
## No. 05-20-00812-CR

**JORGE GARCIA OLGUIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-82189-2020 Cts. 1 & 2**

## ORDER

Before the Court is the State's July 2, 2021 second motion for an extension of time to file its brief in these appeals. We **GRANT** the motion and **ORDER** the brief received with the motion filed as of the date of this order.

/s/    ERIN A. NOWELL
       JUSTICE